**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

LUKE and DANA BROWN,

Plaintiffs,

Civil Action No. 26-cv-1148

v.

ALIMENTATION COUCHE-TARD and
GIANT EAGLE, INC.,

Defendants.

**ORDER**

AND NOW, this _____ day of October, 2026, upon consideration of the Motion to Withdraw Appearance of Babst Calland for Defendant Giant Eagle, Inc., it is hereby ORDERED, ADJUDGED, and DECREED that said motion is GRANTED. Attorneys Jeremy D. Engle, Matthew B. Simon, and Jonathan D. Marcus of Marcus & Shapira are now counsel of record for Defendant Giant Eagle, Inc. The appearance of Erin Lucas Hamilton, Richard S. Wiedman and Mackenzie Moyer is withdrawn as to Defendant Giant Eagle, Inc. and the docket shall be marked accordingly.

BY THE COURT:

_________________________________, J.